UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

RHONDA MARIE JAY                                          Chapter 7
                                                          Case No. 07-65110-TJT
           Debtor.                                        Hon: Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $4.33, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 6 | Chase Bank USA, N.A. | $4.33 |
|   | c/o Creditors Bankruptcy Service | |
|   | PO Box 740933 | |
|   | Dallas, TX 75374 | |
|   | **TOTAL:** | **$4.33** |

Dated:   3/19/10                                   /s/ Stuart A. Gold
                                                   Stuart A. Gold, Trustee
                                                   24901 Northwestern Hwy., Ste 444
                                                   Southfield, MI 48075-2223
                                                   (248) 350-8220
                                                   stuart.gold@7trustee.net